In the Matter of the Transfer Tax upon the Estate of WILLIAM V. DEE, Deceased.

MARY A. ABBOT, as Administratrix, Appellant; THE COMPTROLLER OF THE STATE OF NEW YORK, Respondent.

*Matter of Dee,* 161 App. Div. —, affirmed.
(Argued February 27, 1914; decided March 17, 1914.)

·APPEAL from an order of the Appellate Division of the Supreme Court in the second judicial department, entered January 23, 1914, which affirmed an order of the Kings County Surrogate's Court assessing a transfer tax against the estate of William V. Dee, deceased.

*William F. Bleakley* for appellant.

*William J. Mahon* and *James W. Redmond* for respondent.

Order affirmed, with costs; no opinion.

Concur: WERNER, HISCOCK, CHASE, COLLIN, HOGAN and MILLER, JJ. Dissenting: WILLARD BARTLETT, Ch. J.